UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X

WILLIAM BANKHEAD, an heir to the estate
the first black baseball player, Brooklyn Dodgers
pitcher, Dan R. Bankhead,

                Plaintiff,

-against-

NEGRO LEAGUE TRAVELING MUSEUM,
BOB KENDRICK, director of marketing for the
described museum; BUCK O'NEIL; "JOHN
DOES," unknown identities and amounts of
persons, firms, media agencies,

                Defendants.
———————————————————————X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 21 2006 ★

BROOKLYN OFFICE

JUDGMENT
06-CV-02850 (ERK)

       Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. 1915 (a)(3) that any *in forma pauperis* appeal would not be taken in good faith.

                                        s/Edward R. Korman
                                        EDWARD R. KORMAN
                                        United States District Court

Dated: Brooklyn, New York
            , 2006